UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL M. ANDREOLA, SR.,

        Plaintiff,

  v.                                                                        Case No. 04-C-282

JAMES DOYLE, et al,

        Defendant.

**ORDER DENYING PLAINTIFF'S REQUEST FOR HEARING**

      By letter dated May 3, 2005, plaintiff has requested that the court conduct a telephone conference to "put a stop to" harassment that he alleges he has been suffering at Oshkosh Correctional Institution where he is presently serving a sentence for a state crime. Plaintiff, who claims to be an Orthodox Jew, alleges in his letter that various prison officials have, by their actions or inactions, interfered with his right to practice his religion.

      The issues plaintiff raises in his letter fall outside the pleadings in this case. Plaintiff's amended complaint alleges a violation of his First Amendment rights based upon the failure to provide a proper Kosher diet and an Equal Protection claim also based on the kinds of food he is provided. The issues he raises in his letter relate to his efforts to engage in other religious practices in his cell. He complains that he has been told that he could not perform any religious practices in his cell, that he was advised that he could not ask his cell-mate to turn down his radio and that he could not request his cell-mate to step out for short periods while he was praying. He was also told that his aide did not have to sign him in or out and that a guard would go with him or assist him if

he needed to go to his services. Guards have apparently refused his request for a new cell-mate, offering him only temporary lockup as an alternative to his present living arrangement. Plaintiff claims that guards are harassing him because of his lawsuit and religion.

These issues are not before me. Absent a complaint alleging other violations of his First Amendment rights, I have no authority to inject myself into plaintiff's various disputes with prison officials. I decline to act as a senior prison administrator presiding over every dispute that arises between plaintiff and Oshkosh Correctional Institution officials. Accordingly, plaintiff's request for a telephone conference is denied.

**SO ORDERED**.

Dated this 24th day of May, 2005.

s/ William C. Griesbach
William C. Griesbach
United States District Judge