# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL M. ANDREOLA, SR.,

      Plaintiff,

v.                                                 Case No. 04-C-0282

STATE OF WISCONSIN, et al.,

      Defendants.

## ORDER

Plaintiff Daniel M. Andreola asks the court to impose sanctions for an alleged violation of its Order of April 19, 2005. That Order prohibited defendants from searching plaintiff's legal files for content pending further order of the court. The court vacated its Order of April 19 on May 4, 2005. Plaintiff alleges that a search for content occurred on June 16, 2005. Such a search would not have violated the Order of April 19 and would not subject the defendants to sanctions.

**IT IS THEREFORE ORDERED** that plaintiff's motion for sanctions (Docket #108) is hereby **DENIED.**

Dated this   23rd   day of June, 2005.

                                                                 s/ William C. Griesbach  
                                                                 William C. Griesbach  
                                                                 United States District Judge