UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL M. ANDREOLA, SR.,

    Plaintiff,

v.                                           Case No. 04-C-0282

STATE OF WISCONSIN, *et al.*,

    Defendants.

**ORDER**

Plaintiff Daniel M. Andreola again asks the court to impose sanctions on defendants for a search of his legal files that allegedly occurred on June 16, 2005. Insofar as the motion is based on the court's Order of April 19, 2005, it is identical to the motion denied by the court on June 23, 2005, and it will be denied for the same reason–namely, that the court vacated its Order of April 19 on May 4, 2005.

Plaintiff's motion also asks the court to order his release from "TLU." That portion of the motion will be addressed according to the normal briefing schedule set forth in Civil L.R. 7.1(b).

**SO ORDERED.**

Dated this   19th   day of July, 2005.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge