UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL M. ANDREOLA, SR.,

    Plaintiff,

v.                                                 Case No. 04-C-0282

STATE OF WISCONSIN, *et al.*,

    Defendants.

**ORDER**

    Plaintiff Daniel M. Andreola sued various defendants for failing to provide him with a kosher diet in prison. He has now filed a motion for preliminary relief, in which he asks the court to order prison staff at the Oakhill Correctional Institution to provide him with knee surgery, a wheelchair, and "disability income." Plaintiff's medical needs are not at issue in this case. Just as importantly, none of the individuals identified by plaintiff as responsible for his medical needs is a defendant in this case. Accordingly, the court lacks jurisdiction to enter the relief plaintiff seeks.

    **IT IS THEREFORE ORDERED** that plaintiff's motion for preliminary relief (Docket #124) is hereby **DENIED.**

    Dated this   6th   day of December, 2005.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge