UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL M. ANDREOLA, SR.,

    Plaintiff,

v.                                  Case No. 04-C-282

DENNIS GLASS,

    Defendant.

---

**ORDER**

---

Plaintiff Daniel Andreola has filed a motion for reconsideration of this court's order of September 13, 2006, denying his motion for a new trial and his motion for sanctions. Judgment in this case was entered on August 10, 2006. Any motion to alter or amend a judgment must be filed no later than ten days after the entry of judgment. Fed. R. Civ. P. 59(e). Based upon the foregoing, I conclude that plaintiff's motion is not timely and deny it on that basis. Even if the motion was timely, however, I note that none of the arguments contained therein warrant reconsideration in this matter. Accordingly, the motion for reconsideration is denied.

**SO ORDERED** this ____13th____ day of October, 2006.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge