UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL M. ANDREOLA, SR.,

      Plaintiff,

v.                                                                        Case No. 04-C-282

STATE OF WISCONSIN, et al.,

      Defendants.

**ORDER**

The pro se plaintiff, an inmate at Oakhill Correctional Institution ("OCI"), brought suit in this court, seeking damages against defendants for alleged violations of his rights under 42 U.S.C. § 1983 and RLUIPA. After all claims against defendants other than Dennis Glass were dismissed, plaintiff's case was tried to a jury, which found in favor of Glass. On August 10, 2006, judgment was entered in favor of defendant Glass, dismissing each of plaintiff's claims. A motion for a new trial and a motion for reconsideration were also filed and have since been denied. Plaintiff filed a notice of appeal on October 24, 2006, seeking review of that judgment and of sixteen orders issued by this court in connection with his case. Currently before the court is the plaintiff's request for leave to proceed in forma pauperis on appeal.

To proceed with an appeal in forma pauperis, the prisoner must complete a petition and affidavit to proceed in forma pauperis and return it to the court along with a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the prior six

months. 28 U.S.C. § 1915(a)(2). Plaintiff indicates he has requested his six-month trust statement account from OCI, but has not yet received it. (Mot. Leave Appeal, Dkt #198 at 1.) In lieu of such a statement, plaintiff submitted his most recent (monthly) payment statement. However, without the six-month trust account statement, plaintiff's application remains incomplete. Plaintiff is therefore directed to either file his six-month statement within the next 30 days or show cause as to why he is unable to do so.

**SO ORDERED.**

Dated this 26th day of October, 2006.

s/ William C. Griesbach
William C. Griesbach
United States District Judge