UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL ANDREOLA,

        Plaintiff,

  v.                                        Case No. 04-C-282

DENNIS GLASS,

        Defendant.

## ORDER WAIVING TRANSCRIPT FEES

Plaintiff previously filed a motion [193] requesting the United States pay for transcripts needed for his appeal in the above matter. The court denied the motion without prejudice in it's order of September 29, 2006 on the ground that plaintiff had not yet filed his Notice of Appeal and paid his initial partial filing fee. *Se*e 28 U.S.C. § 1915(c). Plaintiff has now done so and, since I have already concluded that his appeal is not frivolous, it is appropriate to again address his motion. This matter was tried to a jury, and a transcript of the trial and pretrial proceedings is necessary in order for the Court of Appeals to properly address the issues plaintiff seeks to raise. I therefore conclude that plaintiff's motion should be granted and the United States is hereby directed to pay for the transcript of the trial and pretrial proceedings in this matter.

**SO ORDERED** this   22nd   day of November, 2006.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge